```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 06648
    OMAR TORRES
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0233

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/20/2008 and was confirmed 06/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
US BANK NATIONAL ASSOC    NOTICE ONLY    NOT FILED             .00              .00
CHRYSLER FINANCIAL SVC A  SECURED VEHIC       .00              .00              .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE       .00              .00              .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00              .00              .00
WILSHIRE MTG              CURRENT MORTG       .00              .00              .00
HFC                       UNSEC W/INTER  NOT FILED             .00              .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED             .00              .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     405.93           10.72           405.93
SUSAN FOX                 NOTICE ONLY    NOT FILED             .00              .00
WILSHIRE MTG              SECURED NOT I   11357.56             .00              .00
MYRIAM CORTES             NOTICE ONLY    NOT FILED             .00              .00
THAYER C TORGERSON        DEBTOR ATTY         .00                              .00
TOM VAUGHN                TRUSTEE                                            33.22
DEBTOR REFUND             REFUND                                          1,550.13

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                          405.93
    INTEREST                                        10.72
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                33.22
DEBTOR REFUND                                    1,550.13
                       ---------------       ---------------
TOTALS                 2,000.00                  2,000.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 06648 OMAR TORRES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 01/28/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 06648 OMAR TORRES
```